**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-6856**

JUAN MANUEL JUAREZ-REYES,

                    Petitioner – Appellant,

      v.

CARLTON JOYNER, Administrator, Harnett Correctional
Institution,

                    Respondent - Appellee.

Appeal from the United States District Court for the Western
District of North Carolina, at Statesville.  Robert J. Conrad,
Jr., District Judge.  (5:13-cv-00068-RJC)

Submitted:  August 29, 2013      Decided:  September 4, 2013

Before DUNCAN, AGEE, and KEENAN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Juan Manuel Juarez-Reyes, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Juan Manuel Juarez-Reyes seeks to appeal the district court's order dismissing as untimely his 28 U.S.C. § 2254 (2006) petition. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(A) (2006). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the petition states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85.

We have independently reviewed the record and conclude that Juarez-Reyes has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We also deny Juarez-Reyes' motion for transcripts at government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the

materials before this court and argument would not aid the decisional process.

DISMISSED